(SPACE BELOW FOR FILING STAMP ONLY)

**RICHARD P. BERMAN #55462**
**Attorney at Law**
2333 MERCED STREET
FRESNO, CA 93721
PHONE (559) 438-7425
FAX (559) 233-6947

ATTORNEY FOR   Defendant, ROBERT JORDAN SATRAP

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, YOSEMITE DIVISION

\* \* \* \* \* \* \* \*

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Case No.: 6:06-MJ-0170-WMW** |
| **Plaintiff,** | **WAIVER OF APPEARANCE** |
| **vs.** | |
| **ROBERT JORDAN SATRAP,** | |
| **Defendant.** | |

**NOW COMES** Defendant, ROBERT JORDAN SATRAP, through his attorney, RICHARD P. BERMAN, and having been fully informed of his right to be present at the arraignment herein on Tuesday, September 26, 2006, at 9:00 a.m. does hereby waive and give up his right to be present and authorizes his attorney to attend for him and to accept each and every order of the Court on his behalf as if he were present.

Dated:  September 20, 2006.

　　　　　　　　　　　　　　　　　　/s/ ROBERT JORDAN SATRAP
　　　　　　　　　　　　　　　　　　ROBERT JORDAN SATRAP

///

///

1 **********

2 **O R D E R**

3    Good cause appearing,

4    **IT IS HEREBY ORDERED** that Defendant, ROBERT JORDAN

5 SATRAP,

6 is hereby excused from appearing at the Arraignment currently

7 scheduled for September 26, 2006.

8    IT IS SO ORDERED.

9 **Dated:   September 22, 2006**          /s/  **William M. Wunderlich**
  mmkd34                    UNITED STATES MAGISTRATE JUDGE

2